# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-13626 |
| | ) | Chapter 7 |
| JULIA A. BOWENS | ) | Hearing Date: 12/22/2021 |
| | ) | Hearing Time: 10:00 a.m. |
| Debtor. | ) | Judge David D. Cleary |

## NOTICE OF MOTION TO AUTHORIZE RULE 2004 EXAMINATION & PRODUCTION OF DOCUMENTS FROM CHICAGO TITLE LAND TRUST COMPANY AND JEFFREY BLUMENTHAL

  **PLEASE TAKE NOTICE** that on December 22, 2021, at 10:00 a.m., I will appear before the Honorable David d. Cleary, or any judge sitting in that judge's place, and present the attached Motion to authorize of Rule 2004 examination of and production of documents from Chicago Title Land Trust Company and Jeffrey Blumenthal, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
**Meeting ID and password.** The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on Judge Cleary's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: December 10, 2021          Respectfully submitted,

                  SEMPER FIDELIS, LLC

Attorney for Movant
7521 N. Milwaukee         By: /s/ Arthur C. Czaja     .
Niles, Illinois 60714           Arthur C. Czaja
847/647-2106             Attorney for Movant
arthur@czajalawoffices.com

# CERTIFICATE OF SERVICE

I, Arthur C. Czaha, an attorney, certify that I served a copy of this Notice and the Motion referred to herein was served upon on each party named below at the address shown and by the method indicated on December 10, 2021.

VIA ELECTRONIC NOTICE THROUGH ECF:
Ariel Weissberg
Ira Bodenstein, Chapter 7 Trustee
Patrick S. Layng, U.S. Trustee

VIA FIRST CLASS U.S. MAIL:
Julia Bowens, 5845 W. Midway Park, Chicago, IL 60644
Chicago Title Land Trust Company, 10 S. LaSalle Street, Suite 2750, Chicago, IL 60603
Jeffrey S. Blumenthal, Slutzky & Blumenthal, 33 N. Dearborn St., Suite 800, Chicago, IL 60602


SEMPER FIDELIS, LLC

By:  /s/ Arthur C. Czaja          .
     Arthur C. Czaja
     Attorney at Law



Arthur C. Czaja
7521 N. Milwaukee
Niles, Illinois 60714
847/647-2106
arthur@czajalawoffices.com

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 21-13626 |
| | ) | Chapter 7 |
| JULIA A. BOWENS | ) | Hearing Date: 12/22/2021 |
| | ) | Hearing Time: 10:00 a.m. |
| Debtor. | ) | Judge David D. Cleary |

### NOTICE OF MOTION TO AUTHORIZE RULE 2004 EXAMINATION & PRODUCTION OF DOCUMENTS FROM CHICAGO TITLE LAND TRUST COMPANY AND JEFFREY BLUMENTHAL

**NOW COMES** the Movant, Semper Fidelis, LLC, a creditor of the debtor ("Movant"), by and through its attorney, Arthur C. Czaja, and respectfully moves the Court for an order authorizing its request for a Rule 2004 examination of and production of documents from Chicago Title Land Trust Company and Jeffrey Blumenthal. In support of this motion, the United States Trustee states as follows:

1. The debtor, Julia A. Bowens ("Debtor") filed a voluntary petition under chapter 7 of Title 11 of the United States Code on November 30, 2021.

2. The Movant is a creditor of the Debtor by way of an assignment of a judgment entered against the Debtor on September 22, 2014 in the amount of $691,217.45. A copy of the memorandum of judgment and assignments are attached hereto as ***Exhibit 1***.

3. Relevant to the instant motion is the Debtor's pre-petition transfer of a certain parcel of real estate located at and commonly known as 5843-45 W. Midway Park, Chicago, IL 60644 ("Property").

4. The Property is listed as the Debtor's residence on her Bankruptcy petition.

5. On her petition, the Debtor identifies the Property as her residence on her schedules indicates that she is the owner of the Property.

6. However, the Debtor appears to have transferred the Property on or about July 26, 2021 to Chicago Title Land Trust Company under the provisions of a certain Trust Agreement dated July 26, 2021 and known as Trust Number 8002386677 ("CTLTC"). A true and correct copy of the deed transferring the Property to CTLTC is attached hereto as *Exhibit 2*.

7. The Debtor did not disclose this transfer on her schedules or her statement of financial affairs.

8. Instead, in her statement of financial affairs filed in this case on December 12, 2021, the Debtor stated as follows:

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)
■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

9. In addition to failing to disclose the transfer of the Property to CTLTC, it cannot be determined what consideration, if any, the Debtor received from the pre-petition transfer of the Property.

10. By way of this motion, the Movant is seeking information relative to the beneficiary of the land trust in which the title to the Property appears to have been transferred.

11. By way of this motion, the Movant is also seeking information regarding what consideration, if any, was given to the Debtor in exchange for the transfer of the Property.

12. The deed transferring the Property and the Receipt and Acknowledgment with respect to CTLTC's receipt of the deed to the Property was prepared by attorney Jeffrey Blumenthal.

13. Attorney Jeffrey Blumenthal may be in possession of information and documents related to any consideration given to the Debtor for the transfer of the Property.

14. The current deadline to file a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) or a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 is February 28, 2022.

15. In order to determine whether to file a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) or a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727, the Movant needs additional information and documents from CTLTC and Jeffrey Blumenthal

16. The Movant asks that the Court authorize the Movant to obtain such documents and information from CTLTC and Jeffrey Blumenthal pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. A copy of the proposed subpoenas that the Movant seeks to serve upon CTLTC and Jeffrey Blumenthal are attached to this motion as *Exhibit 3*.

For the reasons stated above, the Movant respectfully requests that this Court enter an order, pursuant to Fed. R. Bankr. P. 2004, authorizing the Movant to demand from CTLTC and Jeffrey Blumenthal the documents requested in the subpoenas attached as *Exhibit 3* no later than the applicable time stated therein, and grant the Movant such further relief as the Court may deem appropriate.

Dated: December 10, 2021						Respectfully submitted,

								SEMPER FIDELIS, LLC

Attorney for Movant
7521 N. Milwaukee					By:	/s/ Arthur C. Czaja			.
Niles, Illinois 60714						Arthur C. Czaja
847/647-2106							Attorney for Movant
arthur@czajalawoffices.com