UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 21-13626 |
|---|---|---|
| Julia A. Bowens | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING ROUTINE MOTION OF SEMPER FIDELIS, LLC'S MOTION TO AUTHORIZE RULE 2004 EXAMINATION & PRODUCTION OF DOCUMENTS FROM CHICAGO TITLE LAND TRUST COMPANY AND JEFFREY BLUMENTHAL**

Upon consideration of the motion (the "Motion") of LincolnWay Community Bank, pursuant to Bankruptcy Procedure 2004, 9006, and 9016, requesting authorization to conduct 2004 examinations, the Court finds that:

1. This Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334;

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b);

and THEREFORE, it is hereby ordered that:

1. Semper Fidelis, LLC is authorized to conduct 2004 examinations of Chicago Title Land Trust Company and Jeffrey Blumenthal proposed in the Motion.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: December 22, 2021

**Prepared by:**

Arthur C. Czaja
Attorney at Law
Attorney No. 6291494
7521 N. Milwaukee Ave.
Niles, IL 60714
(847) 647-2106
Email: ARTHUR@CZAJALAWOFFICES.COM