# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-13626 |
| | ) | **Chapter 7** |
| **JULIA A. BOWENS,** | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

### NOTICE OF OBJECTION TO SEMPER FIDELIS LLC'S MOTION TO ANNUL THE STAY, OR IN THE ALTERNATIVE, TO OBTAIN RELIEF FROM THE STAY (DKT. 30)

PLEASE TAKE NOTICE THAT Debtor, Julia A. Bowens ("Debtor"), by her attorneys, Ariel Weissberg and the law offices of Weissberg and Associates, Ltd., objects to the *Motion to Annul the Stay, or, in the Alternative, Obtain Relief From Stay* filed on January 13, 2022, by Semper Fidelis LLC (Dkt. No. 30) and requests that it be called for presentment on January 26, 2022, at 10:00 a.m.

**JULIA A. BOWENS**, Debtor


By**:**    /s/ Ariel Weissberg    
   One of her attorneys


Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
564 W. Randolph, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004 // F. 312-663-1514
Email: ariel@weissberglaw.com

## CERTIFICATE OF SERVICE

       I, Ariel Weissberg, certify that on January 14, 2022, I caused ***Notice of Objection to Semper Fidelis, LLC's Motion to Annul the Stay, or, in the Alternative, Obtain Relief From Stay*** be filed electronically. Notice of this filing was sent by the court's ECF electronic transmission to the following parties:

Patrick S. Laying, Esq.
Office of the U.S. Trustee
219 South Dearborn, 8th Floor
Chicago, Illinois 60604

Arthur C. Czaja, Esq.
7521 N. Milwaukee
Niles, Illinois 60714
Email: arthur@czajalawoffices.com

Ira Bodenstein, Esq.
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Email: iratrustee@cozen.com

Attn: Ally Financial Department
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Email: ECFNotices@aisinfo.com

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Assignee Creditor: TJX Rewards® Credit Card
E-mail: Claims_RMSC@PRAGroup.com

                                        /s/ Ariel Weissberg
                                            Ariel Weissberg