# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-13626 |
| | ) | Chapter 7 |
| JULIA BOWENS | ) | Honorable David D. Cleary |
| | ) | |
| | ) | Hearing Date: April 20, 2022 |
| Debtor. | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on Thursday, April 20, 2022, at 10:00 a.m., a.m./p.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present ***Debtor's Motion to Avoid Fixing of Lien as an Impairment of the Debtor's Homestead Exemption Pursuant to 11 U.S.C. §522(f)***, a copy of which is attached.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.  **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

 **Meeting ID and password**. The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

                                        **JULIA BOWENS**, Debtor

                                        By**:**      /s/ Ariel Weissberg
                                           One of her attorneys

Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
564 W. Randolph, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004 // F. 312-663-1514
Email: ariel@weissberglaw.com

# CERTIFICATE OF SERVICE

   I, Ariel Weissberg, certify that on March 25, 2022, I caused ***Debtor's Motion to Avoid Fixing of Lien as an Impairment of the Debtor's Homestead Exemption Pursuant to 11 U.S.C. §522(f)*** be filed electronically. Notice of this filing was sent by the court's ECF electronic transmission to the following parties:

Patrick S. Laying, Esq.
Office of the U.S. Trustee
219 South Dearborn, 8th Floor
Chicago, IL 60604

Ira Bodenstein, Esq.
Cozen O'Connor 123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Email: iratrustee@cozen.com

Arthur C. Czaja, Esq.
7521 N. Milwaukee
Niles, Illinois 60714
Email: arthur@czajalawoffices.com

Parties served by electronic transmission:

Ally Financial Department AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Email: ECFNotices@aisinfo.com

Synchrony Bank c/o PRA Receivables Management, LLC
PO Box 41021
Assignee Creditor: TJX RewardsÂ® Credit Card
E-mail: Claims_RMSC@PRAGroup.co

Parties served on March 25, 2022, by First Class U.S. Mail:

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

District Director
Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5016-CHI
Chicago, IL 60604

David A. Hubbert
Tax Division (DOJ)
Department of Justice – Tax Division
950 Pennsylvania Avenue NW
Washington DC, 20530-0001

Internal Revenue Service,
Mail Stop 5014CHI,
230 S. Dearborn Street
Room 2600
Chicago, IL 60604-1705

Office of Chief Counsel
Internal Revenue Service
200 West Adams, Suite 2300
Chicago, IL  60606


           _____/s/ Ariel Weissberg_____
               Ariel Weissberg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-13626 |
| | ) | Chapter 7 |
| JULIA BOWENS | ) | Honorable David D. Cleary |
| | ) | |
| | ) | Hearing Date: April 20, 2022 |
| Debtor. | ) | Hearing Time: 10:00 a.m. |

## DEBTOR'S MOTION TO AVOID FIXING OF LIEN AS AN IMPAIRMENT OF THE DEBTOR'S HOMESTEAD EXEMPTION PURSUANT TO 11 U.S.C. §522(f)

NOW COME Debtor, Julia Bowens ("Debtor"), through her attorneys, Ariel Weissberg and the law firm of Weissberg and Associates, Ltd., and as the Debtor's Motion to Avoid Fixing of Liens as an Impairment of the Debtor's Homestead Exemption Pursuant to 11 U.S.C. §522(f) ("Motion"), states as follows:

### I. Introduction

1. This Court has jurisdiction over this lawsuit pursuant to 28 U.S.C. §1334(b), in that this is a civil proceeding arising under Title 11.

2. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), in that this Motion pertains to the administration of a bankruptcy case.

3. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409, in that this matter arises in the bankruptcy case of the Debtors.

### II. The Judicial Lien of Semper Fidelis LLC is impairing the Debtor's Homestead Exemption and Should be Avoided

4. On November 30, 2021, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division seeking relief pursuant to Chapter 7 of the Bankruptcy Code.

5. Through this Motion, the Debtor is seeking to avoid the judicial lien of Semper Fidelis, LLC ("Semper Fidelis") that is encumbering the principal residence of the Debtor located at 5845 W. Midway Park, Chicago, Illinois 60644 ("Property")[1] pursuant to 11 U.S.C. §522(f) as an impairment of the Debtor's homestead rights in the Property.

6. On December 27, 2021(after the commencement of this bankruptcy case), Semper Fidelis, LLC recorded a Notice of Court Order dated December 15, 2021, as Document No. 2136115015 with the Cook County Recorder of Deeds ostensibly to secure a judgment against the Debtor the amount of $691,217.45,750 and against the Property ostensibly to create a judgment lien. This Court Order dated December 15, 2021 was pursuant to Semper Fidelis' Petition to Revive Judgment, which Semper Fidelis presented after the commencement of this bankruptcy case. A copy of the recorded Notice of Court Order dated December 15, 2021, as Document No. 2136115015, is attached hereto as **Exhibit 1**.

7. Subsequently, on December 30, 2021 (after the commencement of this bankruptcy case), Semper Fidelis, LLC recorded the same Court Order dated December 15, 2021, as Document No. 2136404045 with the Cook County Recorder of Deeds and ostensibly to secure a judgment against Debtor in the amount of $691,217.45 against the Property. A copy of the recorded Court Order dated December 15, 2021, as Document No. 2136404045, is attached hereto as **Exhibit 2**.

---

[1] The PIN of the Property is 16-08-225-002-0000. The legal description of the Property is as follows: The West 40 Feet of the North 144 Feet of Lot 385 in Austin's Subdivision of Block 14 in Austin's Second Addition to Austinville, a Subdivision of the West 1/2 of the Southeast 1/4 and the West 1/2 of the Northeast 1/4, Except the East 15 Acres in the North 1/2 of the West 1/4 of the Northeast 1/4 and Railroad Right of Way, All in Section 8, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

8. The Debtor is not conceding that Semper Fidelis, LLC violated the automatic stay by recording the Notice of Court Order dated December 15, 2021, as Document No. 2136115015 and the Court Order dated December 15, 2021, as Document No. 2136404045 (collectively, the "Judicial Liens"). In fact, the Debtor is reserving the right to seek relief from this Court because of Semper Fidelis, LLC's violation of the automatic stay in recording the Judicial Liens to encumber the Property.

9. In further support of the avoidance of the Judicial Liens, the Debtor states that:

   (i) the Property is her primary residence, and was her principal residence for the past 10 years (she purchased the Property on January 19, 2012);

   (ii) the Debtor has claimed a homestead exemption of $15,000.00 in the Property to which the Debtor is lawfully entitled pursuant to 735 ILCS 5/12-901 (see Amended Schedule C filed on March 25, 2022);

   (iii) the Property is encumbered by duly recorded tax lien of the Internal Revenue Service in the amount of at least $400,000 plus interest in the amount of approximately $348,000 which has accrued at approximately 22% per annum since July 13, 2018. A copy of the recorded tax lien, recorded on July 13, 2018 as document number 1818412013 with the Recorder of Deeds of Cook County, is attached hereto as **Exhibit 3**. The lien claims of the Internal Revenue Service against the Property are senior to any rights of Semper Fidelis, LLC in the Property; and,

   (v) the Property has a fair market value of between $80,000 and $115,000.00, as stated in the opinion of Craig Cirko, appended hereto as **Exhibit 4**; but in any event the fair market value of the Property is less than the amount owed to the Internal Revenue Service pursuant to the tax lien.

9. As such, the Debtor is entitled to avoid the Judicial Liens of Semper Fidelis encumbering the Property as an impairment of the Debtor's homestead exemption under § 522(f) of the Bankruptcy Code.

WHEREFORE, Debtor, Julia Bowens, prays that this Court enter an Order:

(a) finding that the judicial liens of Semper Fidelis LLC that are encumbering the principal residence of the Debtor located at 5845 W. Midway Park, Chicago,

Illinois 60644 are an impairment of the Debtor's homestead rights in this real property pursuant to 11 U.S.C. §522(f) and are hereby void and released;

(b) granting Debtor's Motion to Avoid Fixing of Lien as an Impairment of the Debtors' Homestead Exemption Pursuant to 11 U.S.C. §522(f); and

(c) for such other and further relief as this court deems just and proper.

**JULIA BOWENS**, Debtor


By**:**  /s/ Ariel Weissberg
    One of her attorneys

Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
564 W. Randolph, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004 // F. 312-663-1514
Email: ariel@weissberglaw.com