UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| JULIA A. BOWENS, | ) | CASE NO. 21-13626 |
| | ) | |
| DEBTOR. | ) | HON. DAVID D. CLEARY |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **April 20, 2022, at 10:00 a.m.**, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ M. Gretchen Silver
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, an attorney, certify that I caused to be served copies of this notice, the attached motion, and proposed order on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

*/s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants**

| | |
|---|---|
| Ira Bodenstein: | iratrustee@cozen.com, IL29@ecfcbis.com |
| Arthur Czaja: | arthur@czajalawoffices.com |
| Patrick S. Layng: | USTPRegion11.ES.ECF@usdoj.gov |
| M. Gretchen Silver: | ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov |
| Ariel Weissberg: | ariel@weissberglaw.com, Hava@weissberglaw.com; rakesh@weissberglaw.com; oleh@weissberglaw.com; 6010998420@filings.docketbird.com |

**Parties Served via First Class Mail:**
**(served by BMC Group)**

Julia A. Bowens
5845 W. Midway Park
Chicago, IL 60644

Ally Financial, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| JULIA A. BOWENS, | ) | CASE NO. 21-13626 |
| | ) | |
| DEBTOR. | ) | HON. DAVID D. CLEARY |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, M. Gretchen Silver, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Julia A. Bowens (the "Debtor"). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and LR40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. On November 20, 2021, the Debtor filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Ira Bodenstein was appointed Chapter 7 Trustee ("Chapter 7 Trustee") in the Debtor's case.

3. The § 341 meeting of creditors (the "341 Meeting") was scheduled for December 29, 2021. The Debtor indicated that her debts are primarily consumer debts.

4. Schedule I shows that the Debtor is not currently employed and receives $1,333.50 per month in Social Security income.

5. The Debtor's Statement of Financial Affairs ("SOFA"), question 4, reflects that the Debtor had social security income of $20,678.82 in 2019, $15,666.20 in 2020, and $15,990 year to date for 2021.

6. Schedule A indicates the Debtor own real property in Chicago with a value of $80,000. However, Schedule D reflects the Debtor owes $15,000 in fines to the City of Chicago

on the property and the Internal Revenue Service has $400,000 in tax liens on the property. The Debtor also reflects an unknown disputed amount owned to Newline Holdings, LLC.

7.   Schedule F shows the Debtor has $1,034,346.95 in unsecured debt. The Debtor lists $1 million owed to Semper Fidelis LLC as a disputed claim.

8.   On March 28, 2022, this Court denied Semper Fidelis, LLC's ('Semper") motion for relief from stay. On April 11, 2022, Semper filed a motion for leave to bring derivative suit.

9.   Given the amount of the Debtor's debt relative to her income and assets, the U.S. Trustee believes it is appropriate to verify the accuracy of the Debtor's petition, schedules, and statement of financial affairs in order to determine whether cause exists to file an objection to discharge pursuant to 11 U.S.C. § 727(a) or to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707.

10.   Based on the above, the U.S. Trustee requests additional time to investigate whether there may be a basis to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) or to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707(b).

WHEREFORE, the U.S. Trustee respectfully asks the Court to extend the deadline to object to the Debtor's discharge under § 727(a) and for filing a motion to dismiss the Debtor's case under § 707(b) through and including June 28, 2022, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: April 13, 2022        By: /s/ M. Gretchen Silver
                                  M. Gretchen Silver, Attorney
                                  OFFICE OF THE U.S. TRUSTEE
                                  219 S. Dearborn, Room 873
                                  Chicago, Illinois 60604
                                  (312) 353-5054