# EXHIBIT 1

FILED
9/10/2021 6:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH09108

14780103

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| SEMPER FIDELIS, an Illinois | ) | Case No. 19-CH-09108 |
| Limited Liability Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Property Address: |
| | ) | 5845 W. Midway Park |
| JULIA BOWENS, CITY OF CHICAGO, | ) | Chicago, IL 60644 |
| STATE OF ILLINOIS, CHICAGO TITLE LAND | ) | |
| AND TRUST COMPANY, AS TRUSTEE | ) | |
| UNDER TRUST # 8002386677; and | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendants | ) | Calendar 58 |

### NOTICE OF FILING

To: **Slutzky & Blumethal**, Attorneys for Defendant CTLTC, 33 N. Dearborn, Suite 800, Chicago, IL 60602 (via electronic mail transmission to jsb@slutzkyblumethal.com)

**Gomberg Sharfman, P.C.**, Attorneys for Defendant James Holliday, 208 S. LaSalle Street, Ste. 1410, Chicago, IL 60604 (via electronic mail transmission to lydonj@gombergsharfman.com)

**City of Chicago**, 121 N. LaSalle St., RM. 107, Chicago, IL 60602 (via USPS first-class mail postage prepaid)

**State of Illinois**, 100 W. Randolph St., 13th FL., Chicago, IL 60601 (via USPS first-class mail postage prepaid)

**PLEASE TAKE NOTICE** that on **September 10, 2021**, the Plaintiff, Semper Fidelis, LLC, by and through its attorney, Arthur C. Czaja, electronically filed and served the Clerk of the Circuit Court of Cook ***PLAINTIFF'S AMENDED COMPLAINT FOR FORECLOSURE AND OTHER RELIEF***, a copy of which is attached hereto and hereby served upon you.

/s/ Arthur C. Czaja                              .
Arthur C. Czaja
Attorney for Plaintiff
Cook County Attorney #: 47671
7521 N. Milwaukee Avenue
Niles, Illinois 60714

Phone: (847) 647-2106
Email: arthur@czajalawoffices.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on **September 10, 2021,** he caused a true and correct copy of this Notice and the enclosed ***PLAINTIFF'S AMENDED COMPLAINT FOR FORECLOSURE AND OTHER RELIEF*** to be served upon the party(ies) listed above, by attaching a copy of this Notice and ***PLAINTIFF'S AMENDED COMPLAINT FOR FORECLOSURE AND OTHER RELIEF*** to a mailing address via USPS first-class mail postage prepaid or to an electronic mail transmission addressed to the party(ies) identified hereinabove to the electronic mail addresses or mailing addresses identified above from 7521 N. Milwaukee Avenue, Niles, IL 60714.


/s/ *Arthur C. Czaja*                                    .
Arthur C. Czaja
Attorney for Plaintiff
Cook County Attorney #: 47671
7521 N. Milwaukee Avenue
Niles, Illinois 60714
Phone: (847) 647-2106
Email: arthur@czajalawoffices.com

FILED
9/10/2021 6:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH09108

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| SEMPER FIDELIS, an Illinois Limited Liability Company, | ) ) ) | Case No. 19-CH-09108 |
| Plaintiff, | ) ) | 14780103 |
| vs. | ) ) | Property Address: |
| | ) | 5845 W. Midway Park |
| JULIA BOWENS, CITY OF CHICAGO, | ) | Chicago, IL 60644 |
| STATE OF ILLINOIS, CHICAGO TITLE LAND | ) | |
| AND TRUST COMPANY, AS TRUSTEE | ) | |
| UNDER TRUST # 8002386677; and | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendants | ) | Calendar 58 |

### AMENDED COMPLAINT FOR FORECLOSURE AND OTHER RELIEF

**NOW COMES** the Plaintiff, Semper Fidelis, LLC, ("Plaintiff") by and through its attorney, Ira T. Kaufman, and for its amended complaint against the Defendants, states and alleges as follows:

### COUNT I
#### *Foreclosure of Judgment Lien*

1.      Plaintiff files this Complaint to its claim for Judgment Lien and joins the following persons as Defendants: Julia Bowens, City of Chicago, State of Illinois, Chicago Title Land and Trust Company, as Trustee under trust # 8002386677

2.      Attached as ***Exhibit A*** is a copy of said Judgment Lien. Attached as ***Exhibit B*** is a true and correct copy of the assignment of the Judgment to TBF Financial, LLC. Attached as ***Exhibit C*** is a true and correct copy of the assignment of the judgment from TBF Financial, LLC to the Plaintiff herein.

3.      Information concerning Lien:

(A) Nature of the instrument: Judgment

FILED DATE: 9/10/2021 6:45 PM 2019CH09108

(B) Date: July 23, 2014.

(C) Name of the Holder of Judgment Lien: Semper Fidelis, LLC Fee Simple

(D) Date and Place of Recording: July 23, 2014, in the Office of the Recorder of Deeds in Cook County, Illinois.

(E) Identification of Recording: Judgment Lien recorded on October 27, 2014, in the Office of the Cook County Recorder of Deeds as Document No. 1430034011. *See **Exh. A***. Assignment of Judgment Lien TBF Financial, LLC recorded on December 19, 2018, in the Office of the Cook County Recorder of Deeds as Document No. 1835345011. *See **Exh. B***. Assignment of Judgment Lien to the Plaintiff recorded on February 6, 2019, in the Office of the Cook County Recorder of Deeds as Document No. 1903716012. *See **Exh. C***.

(F) Interest Subject to the Judgment Lien: Fee Simple.

(G) Amount of original indebtedness: $691,217.45

(H) Both the legal description of the mortgaged real estate and the common address or other information sufficient to identify it with reasonable certainty:

> THE WEST 40 FEET OF THE NORTH 144 FEET OF LOT 285 IN AUSTIN'S SUBDIVISION OF BLOCK 14 IN AUSTIN'S SECOND ADDITION TO AUSTINVILE, A SUBDIVISION OF PART OF THE WEST 1/2 OF THE SOUTHEAST 1/4 AND THE WEST 1/2 OF THE NORTHEAST 1/4, EXCEPT THE EAST 15 ACRES IN THE NORTH 1/2 OF THE WEST 1/4 OF THE NORTHEAST 1/4 AND RAILROAD RIGHT OF WAY OF ALL IN SECTION 8, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

Permanent Index Number:     16-08-225-002-0000

Commonly known as:     5845 W. Midway Park, Chicago, IL 60644

FILED DATE: 9/10/2021 6:45 PM 2019CH09108

(I) Statement as to defaults, including but not necessarily limited to, date of default, current unpaid principal balance, per diem interest accruing, and any further information concerning the default:

> (1) Date of Default is July 24, 2014, for failure to pay the judgment in full after it was rendered; (2) Unpaid principal, accrued interest balance and advances as of August 6, 2019, is approximately $1,004,480.99, plus interest accrued thereafter, court costs, title costs, publication costs and Plaintiff's attorney fees; AND (4) Per diem interest $170.44.

(J) Name of present owner(s) of said premises: Julia Bowens. However, Chicago Title Land and Trust Company, as Trustee under trust # 8002386677, has presented Plaintiff with a copy of a deed purporting to transfer the title to the subject property from Julia Bowens to Chicago Title Land and Trust Company, as Trustee under trust # 8002386677. This deed, however, has not yet been recorded in the public record.

(K) Name of Other Persons who are joined as defendants, whose interest in or lien on the real estate is sought to be terminated:

Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677. On information and belief, this Defendant acquired an interest in the subject property by virtue of a deed in trust dated July 26, 2021. On information and belief, as of the date of the filing of this Amended Complaint, said deed has not been recorded as it is not appearing in the public record.

City of Chicago, by virtue of the following recorded instruments affecting the title to the subject property:

FILED DATE: 9/10/2021 6:45 PM 2019CH09108

(1) Recording of Findings, Decision and Order dated March 15, 2016, and recorded on November 4, 2016, in the Office of the Cook County Recorder of Deeds as Document No. 1630941000 in the original amount of $1,240.00. This lien is inferior to the Plaintiff's lien.

(2) Recording of Findings, Decision and Order dated October 2, 2017, and recorded on April 30, 2018, in the Office of the Cook County Recorder of Deeds as Document No. 1812041259 in the original amount of $640.00. This lien is inferior to the Plaintiff's lien.

(3) Recording of Findings, Decision and Order dated October 2, 2017, and recorded on April 30, 2018, in the Office of the Cook County Recorder of Deeds as Document No. 1812041260 in the original amount of $640.00. This lien is inferior to the Plaintiff's lien.

(4) Recording of Findings, Decision and Order dated October 2, 2017, and recorded on May 4, 2018, in the Office of the Cook County Recorder of Deeds as Document No. 1812441000 in the original amount of $1,840.00. This lien is inferior to the Plaintiff's lien.

(5) Recording of Findings, Decision and Order dated October 2, 2017, and recorded on May 10, 2018, in the Office of the Cook County Recorder of Deeds as Document No. 1813041062 in the original amount of $1,240.00. This lien is inferior to the Plaintiff's lien.

State of Illinois, by virtue of a Notice of Tax Lien recorded on June 16, 2017, in the Office of the Cook County Recorder of Deeds as Document No. 1716701175 in the original amount of $48,042.87. This lien is inferior to the Plaintiff's lien.

United States of America, by virtue of a Notice of Federal Tax Lien recorded on July 3, 2018, in the Office of the Cook County Recorder of Deeds as Document No. 1818412013 in the original amount of $422,988.32. This lien is inferior to the Plaintiff's lien.

(L) Names of defendants claimed to be personally liable for the deficiency, if any: Julia Bowens

(M) Capacity in which Plaintiff brings this foreclosure: Plaintiff is the owner and legal holder Judgment Lien.

(N) Name or names of Defendants whose right to possess the mortgage real estate, after the confirmation of a foreclosure sale, is sought to be terminated and, if not elsewhere stated, the facts in support thereof: Julia Bowens; Chicago Title Land and Trust Company, as Trustee under trust # 8002386677; City of Chicago; and State of Illinois.

(O) Facts in support of redemption period shorter than the longer of (i) 7 months from the date the mortgagor or, if more than one, all the mortgagors (I) have been served with summons or by publication or (II) have otherwise submitted to the jurisdiction of the court, or (ii) 3 months from the entry of the judgment of foreclosure, if sought (here indicate whether based upon the real estate not being residential or real estate value less than 90% of amount owed, etc.): The redemption period, if any, shall be determined by the Court as this is a judgment lien foreclosure.

## REQUEST FOR RELIEF

**WHEREFORE**, the Plaintiff, Semper Fidelis, LLC, requests that the Court order as follows:

(i) A judgment of foreclosure and sale.

FILED DATE: 9/10/2021 6:45 PM   2019CH09108

(ii) An order granting a shortened redemption period.

(iii) A personal judgment for a deficiency.

(iv) An order granting possession; and

(v) For such other and further relief as the Court deems necessary and just.

## COUNT II
*Fraudulent Transfer*

1.      On July 23, 2014, a judgment was entered in favor of Fifth Third Bank against Julia Bowens in Case Number 2013-CH-04029 in the Circuit Court of Cook County, Illinois, said case captioned as *Fifth Third Bank v. Jero Medical Equipment and Supplies, Inc., et al. See* ***Exh. A***.

2.      The judgment was recorded in the Office of the Cook County Recorder of Deeds on October 27, 2014, as Document No. 1430034011. *Id.*

3.      The judgment was specifically recorded against the real property located at and commonly known as 5845 W. Midway Park, Chicago, IL 60644, which is legally described as follows:

> THE WEST 40 FEET OF THE NORTH 144 FEET OF LOT 285 IN AUSTIN'S SUBDIVISION OF BLOCK 14 IN AUSTIN'S SECOND ADDITION TO AUSTINVILE, A SUBDIVISION OF PART OF THE WEST 1/2 OF THE SOUTHEAST 1/4 AND THE WEST 1/2 OF THE NORTHEAST 1/4, EXCEPT THE EAST 15 ACRES IN THE NORTH 1/2 OF THE WEST 1/4 OF THE NORTHEAST 1/4 AND RAILROAD RIGHT OF WAY OF ALL IN SECTION 8, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

("Property").

FILED DATE: 9/10/2021 6:45 PM 2019CH09108

4.      The judgment was subsequently assigned to TBF Financial, LLC, said assignment of judgment being recorded in the Office of the Cook County Recorder of Deeds on December 19, 2018, as Document No. 1835345011. *See **Exh. B***.

5.      Thereafter, TBF Financial, LLC assigned the judgment to the Plaintiff herein and this assignment of judgment being recorded in the Office of the Cook County Recorder of Deeds on February 6, 2019, as Document No. 1903716012. *See **Exh. C***.

6.      The Plaintiff filed its original complaint in this foreclosure case on August 7, 2019.

7.      Through a scrivener's error, Julia Bowens, the owner of the Property was not named as a defendant in this foreclosure case.

8.      The foreclosure case proceeded to judgment of foreclosure, a judicial sale of the Property and an order approving sale.

9.      Upon completing the foreclosure sale, the Plaintiff's agents went to the Property to determine the occupancy status.

10.     During one of these visits, the Plaintiff's agent met with Julia Bowens at the Property and she advised the Plaintiff that she was the owner of the Property.

11.     At that time, the Plaintiff discovered that it had made a scrivener's error and did not name Julia Bowens as a defendant in these proceedings.

12.     The Plaintiff advised Julia Bowens that it purchased a judgment against her from Fifth Third Bank and was attempting to foreclose that judgment.

13.     Upon learning of its scrivener's error, the Plaintiff filed a motion in this case to vacate the judgment of foreclosure and order approving sale, which the Court granted on August

16, 2021, with leave to file an amended complaint to add Julia Bowens. A copy of this Court's order of August 16, 2021, is attached hereto as ***Exhibit D***.

14.     Just three days later, on August 19, 2021, Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677, filed a petition to intervene and for leave to file a motion to dismiss.

15.     Attached as an exhibit to that motion was a deed purporting to transfer ownership of the Property from Julia Bowens to Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677. A copy of the petition to intervene and for leave to file a motion to dismiss is attached hereto as ***Exhibit E***.

16.     As of the filing of this amended complaint, the deed purporting to transfer the Property from Julia Bowens to Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 has not been recorded in the Office of the Cook County Recorder of Deeds.

17.     The deed purporting to transfer the Property from Julia Bowens to Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 was done with the actual intent to hinder, delay or defraud the Plaintiff, a creditor of Julian Bowens.

18.     Before the transfer was made, Julia Bowens had been made aware of this lawsuit by the Plaintiff who had visited her at the Property.

19.     On information and belief, Julia Bowens remains in possession of the Property after the purported transfer to Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677.

20.     On information and belief, the value of the consideration received by Julia Bowens was not reasonably equivalent to the value of the Property.

FILED DATE: 9/10/2021 6:45 PM 2019CH09108

21.     Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677, did not take the deed to the Property in good faith as it knew of the pendency of this lawsuit at that time.

22.     On information and belief, Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 did not give Julia Bowens reasonably equivalent value for her transfer of the deed to the Property.

23.     The purported transfer of the Property from Julia Bowens to Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 is a fraudulent transfer that should be set aside pursuant to 740 ILCS 160/5(a)(1).

## REQUEST FOR RELIEF

**WHEREFORE**, the Plaintiff, Semper Fidelis, LLC, requests that the Court order as follows:

(i). Avoiding the transfer of the Property from Julia Bowens to Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677, to the extent necessary to satisfy Plaintiff's judgment;

(ii). Permitting an attachment or other provisional remedy against the Property in accordance with the procedure prescribed by the Code of Civil Procedure;

(iii). Granting temporary injunctive relief against Julia Bowens and Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 against further disposition of the Property;

(iv). Appointing a receiver to take charge of the Property;

FILED DATE: 9/10/2021 6:45 PM   2019CH09108

(v). For immediate execution on the asset transferred by Julia Bowens to Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677, or their proceed, by way of a turnover of assets to Plaintiff;

(vi). A judgment of attorneys' fees and costs; and

(vii). For such other and further relief as the Court deems equitable and just.

## COUNT III
### *Declaratory Judgment*

1.     The Plaintiff repeats and realleges paragraphs 1 through 22 of Count II as if set forth herein in full.

2.     Plaintiff has an interest in the Property by virtue of its recorded judgment lien. *See **Exh. A**, **Exh. B** and **Exh. C**.*

3.     Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 may have an interest in the Property pursuant to the unrecorded deed dated July 26, 2021.  *See* ***Exh. E***.

4.     Upon information and belief, Julia Bowens is resident of Illinois and may have an interest in the Property.

5.     Jurisdiction is proper pursuant to 735 ILCS §5/2-209(a)(3).

6.     Venue in Cook County is appropriate under 735 ILCS § 5/2-101(1) and (2).

7.     The Property is residential property, which is legally described in Paragraph 3 of Count II, which is incorporated herein.

8.     Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 acquired its deed to the Property from Julia Bowens on or about July 26, 2021, with knowledge of the pendency of this lawsuit.

9. On information and belief, Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 did not pay Julia Bowens reasonably equivalent value for the Property.

10. The purported transfer of the Property was made by Julia Bowens immediately upon her learning of the pendency of this lawsuit.

11. The transfer of the Property to Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 was done to hinder, delay and defraud the Plaintiff from collecting its judgment.

12. The transfer of the Property from Julia Bowens to Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 was not a valid transfer because it was done for inadequate consideration and to hinder the Plaintiff's collection efforts, especially because both Julia Bowens and Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 had actual knowledge of pendency of this lawsuit.

13. The Plaintiff has an interest in the Property by virtue of its recorded judgment lien.

14. The purported conveyance of the Property from Julia Bowens to Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677 has created an actual controversy.

15. Should Julia Bowens not be the owner of the Property, the Plaintiff may not be able to enforce its judgment lien against the Property and will suffer damages.

16. The Plaintiff has no adequate remedy at law.

17. A dispute has arisen between Plaintiff, Julia Bowens and Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677. Therefore, it is desirable and feasible that the Court declare the rights of the Parties.

FILED DATE: 9/10/2021 6:45 PM   2019CH09108

## REQUEST FOR RELIEF

**WHEREFORE**, the Plaintiff, Semper Fidelis, LLC, requests that the Court order as follows:

(i). An order declaring that Julia Bowens is the owner of the Property;

(ii). An order declaring that the Plaintiff's interest in the Property is superior to that of Chicago Title Land and Trust Company, as Trustee, under Trust #8002386677; and

(iii). For such other and further relief as the Court deems equitable and just.

Respectfully submitted,

Semper Fidelis, LLC

By: ___/s/ *Arthur C. Czaja*_____.
       Arthur C. Czaja
       Attorney for the Plaintiff

Arthur C. Czaja
Attorney for Plaintiff
Cook County Atty. #: 47671
7521 N. Milwaukee Avenue
Niles, Illinois 60714
Telephone: (847) 647-2106
Facsimile: (847) 647-2057
Email: arthur@czajalawoffices.com

FILED DATE: 9/10/2021 6:45 PM   2019CH09108

# EXHIBIT A

Return Date: No return date scheduled
Hearing Date: 10/7/2019 9:45 AM - 9:45 AM
Courtroom Number: 2804
Location: District 1 Court
Cook County, IL

**2019CH09108**

FILED
8/6/2019 2:30 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH09108

3315      (Rev. 6/11/02) CCG 0015
Memorandum of Judgment



Doc#: 1430034011 Fee: $40.00
RHSP Fee:$9.00 RPRF Fee: $1.00  6065457
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 10/27/2014 08:22 AM  Pg: 1 of 2

IN THE CIRCUIT COURT OF
COOK COUNTY, ILLINOIS

**FIFTH THIRD BANK**

       v.

Jero Medical Equipment and
Supplies, Inc.; Obie Wordlaw;
Julia A. Bowens; State of
Illinois; United States of
America; Non-Record Claimants
and Unknown Owners,

Recorder's Stamp

No.  13 CH 04029

This is a lien against property.

## MEMORANDUM OF JUDGMENT

On    July 23   , 2014  , judgment was entered in this court

in favor of the plaintiff Fifth Third Bank

and against defendant  Julia Bowens

whose address is  5843-45 W. Midway Park, Chicago, IL 60644

in the amount of $  691,217.45

                                                                               Judge

Atty. No.:  91512

Name:  Diver, Grach, Quade & Masini, LLP

Atty. for:  Plaintiff

Address:  111 N. County Street

City/State/Zip:  Waukegan, IL 60085

Telephone:  (847) 662-8611

Judge's No.

Judge Pamela McLean Meyerson

SEP 2 2 2014

Circuit Court – 2097

S  Yes
P  2
S  No
M  No
SC  Yes
E  Yes
INT  No

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE WEST 40 FEET OF THE NORTH 144 FEET OF LOT 385 IN AUSTIN'S SUBDIVISION OF BLOCK 14 IN AUSTIN'S SECOND ADDITION TO AUSTINVILLE, AS SUBDIVISION OF THE WEST ½ OF THE SOUTHEAST ¼ AND THE WEST ½ OF THE NORTHEAST ¼, EXCEPT THE EAST 15 ACRES IN THE NORTH ½ OF THE WEST ¼ OF THE NORTHEAST ¼ AND RAILROAD RIGHT OF WAY, ALL IN SECTION 8, TOWNSHIP 39 NORTH, RANGE 33, EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS.

PERMANENT REAL ESTATE INDEX NUMBER: 16-08-225-002-0000
ADDRESS OF PREMISES: 5843-5845 W. MIDWAY PARK, CHICAGO, IL 60644

FILED DATE: 9/10/2021 6:45 PM   2019CH09108

# EXHIBIT B



Doc# 1835345011 Fee $42.00

RHSP FEE:$9.00 RPRF FEE: $1.00
EDWARD M. MOODY
COOK COUNTY RECORDER OF DEEDS
DATE: 12/19/2018 10:13 AM PG: 1 OF 3

## ASSIGNMENT OF JUDGMENT

For valuable consideration, the receipt and adequacy of which are hereby acknowledged, Fifth Third Bank ("Assignor") hereby sells, transfers, assigns and sets over to TBF Financial, LLC, an Illinois limited liability company ("Assignee"), all of Assignor's right, title and interest in and to the Judgment entered on July 23, 2014, in connection with the case entitled Fifth Third Bank vs. Jero Medical Equipment and Supplies, Inc., et al, in the Circuit Court of Cook County, Illinois, Case No. 13CH04029, without recourse, representations or warranties, express or implied.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed as of _____ May 9 _____, 2016.

Fifth Third Bank

By: _____
Name: Shane Lowe
Title: Vice President

By: _____
Name: Tanja Wiley
Title: Vice President

FILED DATE: 9/10/2021 6:45 PM   2019CH09108

State of    Ohio                 )
                                 )        SS
County of  Hamilton              )

On this _____ May 9 _____, 2016, before me, the undersigned notary public, personally appeared
_____ Tanja Wiley _____,    Vice President    _____ of Fifth Third Bank and
_____ Shane Lowe _____,     Vice President    _____ of Fifth Third Bank whom I
personally know to be the person whose name is signed on the above Assignment, and acknowledged to
me that he/she signed it voluntarily for its stated purpose.

Notary Public:

My commission expires:

Shirley Burdette
Notary Public, State of Ohio
My Commission Expires 12-12-2020

ed By: Ira T Kaufman P.C
185 N Franklin St, 2nd Floor
Chicago, IL 60606

FILED DATE: 9/10/2021 6:45 PM 2019CH09108

## Legal Description

THE WEST 40 FEET OF THE NORTH 144 FEET OF LOT 385 IN AUSTIN'S SUBDIVISION OF BLOCK 14 IN AUSTIN'S SECOND ADDITION TO AUSTINVILLE, A SUBDIVISION OF PART OF THE WEST 1/2 OF THE SOUTHEAST 1/4 AND THE WEST 1/2 OF THE NORTHEAST 1/4, EXCEPT THE EAST 15 ACRES IN THE NORTH 1/2 OF THE WEST 1/4 OF THE NORTHEAST 1/4 AND RAILROAD RIGHT OF WAY OF ALL IN SECTION 8, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

5845 W Midway Park, Chicago, IL 60644

Permanent Index Number: 16-08-225-002-0000

# EXHIBIT C

FILED DATE: 9/10/2021 6:45 PM    2019CH09108

Prepared by and after
Recording return to:

Kaufman and Associates
185 N. Franklin St., 2nd Fl.
Chicago, IL 60606
Telephone: 312-993-0030

Cross Reference:



Doc# 1903716012 Fee $42.00

RHSP FEE:$9.00 RPRF FEE: $1.00
EDWARD M. MOODY
COOK COUNTY RECORDER OF DEEDS
DATE: 02/06/2019 11:42 AM PG:  1 OF 3

**SPACE ABOVE THIS LINE FOR RECORDER'S USE**

**ASSIGNMENT OF JUDGMENT**

TBF FINANCIAL, LLC, an Illinois limited liability company, whose address is 740 Waukegan Road, Suite 404, Deerfield, IL 60015 (**"Assignor"**), for good and valuable consideration, the receipt of which is hereby acknowledge, herby assigns, transfers, and sets over and conveys to SEMPER FIDELIS LLC, an Illinois limited liability company (**"Assignee"**), whose address is 185 N. Franklin St., 2nd Floor, Chicago, IL 60606, all Assignor's rights and interest in and to the following judgment (the **"Judgment"**):

> PLAINTIFF: TBF FINANCIAL, LLC
> DEFENDANT/JUGGMENT DEBTORS: JULIA BOWENS
> AMOUNT OF JUDGMENT: $691,217.45
> COURT: CIRCUIT COURT OF COOK COUNTY, ILLINOIS
> CASE NO./CIVIL ACTION NO.: 13 CH 04029
> RECORDING INFORMATION: Doc# 1430034011 Cook County Record of Deeds

together with (a) all related documents and rights Assignor has in the Judgement, as the same may have been amended, supplemented, restated, or modified; (b) the Loan Documents evidencing or securing the indebtedness representing the Judgment, as the same may have been amended, supplemented, restated or modified; and (c) interests provided for therein.

TO HAVE AND TO HOLD THE SAME UNTO THE ASSIGNEE, ITS SUCCESSORS AND ASSIGNS.

The foregoing assignment is made WITHOUT RECOURSE, REPRESENTATION OR WARRANTY, express or implied, except as set forth in, but subject to limitations of, that certain Loan Sale Agreement between Assignor and Assignee, dated November 20, 2018.

[Signature on Following Page]

IN WITNESS WHEROF Assignor, has executed this document to be effective as of November 20, 2018.

**ASSIGNOR:**

TBF FINANCIAL, LLC, an Illinois
limited liability company

By: _Robert Boehm_
Name: Robert Boehm
Title: _Manager_

STATE OF _ILLINOIS_ )

COUNTY OF _LAKE_ )

The foregoing instrument was acknowledged before me this 26th day of _November_ 2018 by Robert Boehm, the _Manager_ of TBF Financial, LLC. He [ X ] is personally known to me or [____] has produced a driver's license as identification.

Given under my hand and official seal this 26th day of _November_, 2018.

_Carine M. Bueno_
Notary Public
My commission expires: _June 22, 2022_

OFFICIAL SEAL
CARINE M BUENO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/22/22

FILED DATE: 9/10/2021 6:45 PM   2019CH09108

## Legal Description

THE WEST 40 FEET OF THE NORTH 144 FEET OF LOT 385 IN AUSTIN'S SUBDIVISION OF BLOCK 14 IN AUSTIN'S SECOND ADDITION TO AUSTINVILLE, A SUBDIVISION OF PART OF THE WEST 1/2 OF THE SOUTHEAST 1/4 AND THE WEST 1/2 OF THE NORTHEAST 1/4, EXCEPT THE EAST 15 ACRES IN THE NORTH 1/2 OF THE WEST 1/4 OF THE NORTHEAST 1/4 AND RAILROAD RIGHT OF WAY OF ALL IN SECTION 8, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

5845 W Midway Park, Chicago, IL 60644

Permanent Index Number: 16-08-225-002-0000

# EXHIBIT D

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| SEMPER FIDELIS, LLC | ) | Case No: |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2019 CH 9108 |
| vs. | ) | |
| | ) | |
| JAMES HOLLIDAY, through Special | ) | |
| Representative John Lydon, CITY OF CHICAGO, | ) | |
| STATE OF ILLINOIS | ) | |
| | ) | 5845 W. Midway Pk., |
| Defendants | ) | Chicago, IL |

### ORDER

THIS CAUSE COMING TO BE HEARD on the motion of the plaintiff, the Court having jurisdiction over the parties and subject matter and being fully advised;

IT IS HEREBY ORDERED that:

1. The OAS and foreclosure sale are hereby vacated

2. Plaintiff is granted leave to amend their complaint, add Defendants, and issue alias summons newly named defendants.

Judge Marian Emily Perkins

AUG 1 6 2021

DATED:_____Circuit Court-2201_____

ENTER___*Marian Perkins*_____
                JUDGE

D Kaufman Law, LLC
Atty # 64273
185 N. Franklin St., Floor 2
Chicago, IL 60606

FILED DATE: 9/10/2021 6:45 PM   2019CH09108

# EXHIBIT E

FILED DATE: 9/10/2021 6:45 PM 2019CH09108

FILED
8/19/2021 3:00 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH09108

14504667

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT - CHANCERY DIVIVISION

SEMPER FIDELIS, LLC ,　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　Case No.:  2019 CH 09108
　　　　　vs.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
JAMES HOLLIDAY, ET AL.,　　　　　　　 )
　　　　Defendants.　　　　　　　　　　　)

## PETITION TO INTERVENE AND FOR LEAVE
## TO FILE MOTION TO VACATE AND DISMISS

Chicago Title Land Trust Company, t/u/t No. 8002386677 ("Trustee"), by one of

its attorneys, Jeffrey S. Blumenthal of the Law Offices of Slutzky & Blumenthal,

respectfully petitions the court for leave to intervene and to file its motion to vacate and

dismiss. In support, Trustee states:

　　　　1.　　　Plaintiff filed its complaint to foreclose its judicial lien on the property

identified by PIN 16-08-225-002-0000, commonly known as 5843-45 W. Midway Park,

Chicago, IL. (The "Property.)

　　　　2.　　　Plaintiff attaches to its complaint the memorandum of judgment forming

the basis of its alleged lien. As indicated in that memorandum of judgment, the

identified judgment debtor is Julia Bowens. Therefore, Plaintiff's claim for a lien is

dependent on Ms. Bowens being the Property owner. 735 ILCS 5/12-101.

　　　　3.　　　On July 26, 2021, Ms. Bowens executed and delivered to the Trustee her

Warranty Deed naming the Trustee as grantee. The Trustee accepted the Warranty

Deed on that same day.  Copies of the Warranty Deed and the Trustee's acceptance are

attached as Exhibit A.

4.     On April 19, 2021, the court entered its "Judgment for Foreclosure and Sale." ("Judgment.") As provided in the judgment, the Judicial Sales Corporation conducted a judicial sale and on July 21, 2021, the court entered its "Order Approving Report of Sale and Distribution Confirming Sale and Order of Possession."

5.     Ms. Bowens is a necessary party, but was not named as a defendant in the foreclosure, nor was she served with any summons.

6.     The Trustee seeks leave to intervene in this matter to allow it to protect its interest in the Property. A copy of its proposed pleading is attached as Exhibit B.

WHEREFORE, Chicago Title Land Trust Company, t/u/t No. 8002386677 respectfully prays the court grant it leave to intervene in this matter and file its Motion to Vacate and Dismiss.

Respectfully submitted,
Chicago Title Land Trust Company,
t/u/t No. 8002386677

By:     _____ /s/ Jeffrey S. Blumenthal _____

Jeffrey S. Blumenthal
ARDC 3124050, Atty Code 50074
Slutzky & Blumenthal
Attorneys for CTLTC t/u/t No. 8002386677
33 N. Dearborn, Suite 800
Chicago, IL 60602
312-372-1104
jsb@slutzkyblumenthal.com
W:\JEFF\Pleadings\motions\bowens motion to intervene 19 dh 9108.wpd

FILED DATE: 9/10/2021 6:45 PM   2019CH09108

FILED DATE: 8/19/2021 3:00 PM   2019CH09108

## DEED IN TRUST - WARRANTY

THIS INDENTURE, WITNESSETH, THAT
THE GRANTOR, JULIA BOWENS, A/K/A
JULIA A. BOWENS

of the County of            COOK            and
State of        ILLINOIS        for and
in consideration of the sum of six the Dollars
($ 6750.0 ) in hand paid, and of other good
and valuable considerations, receipt of which
is hereby duly acknowledged, convey and
**WARRANT** unto **CHICAGO TITLE LAND**
**TRUST COMPANY** a Corporation of Illinois

(Reserved for Recorders Use Only)

whose address is 10 S. LaSalle St., Suite 2750, Chicago, IL 60603, as Trustee under the provisions of a certain Trust
Agreement dated July 26, 2021            and known as Trust Number   8002386677      , the following
described real estate situated in Cook                                County, Illinois to wit:

### SEE ATTACHED LEGAL DESCRIPTION

**Commonly Known As** 5843-45 W. Midway Park, Chicago, IL 60644

**Property Index Numbers** 16-08-225-002-0000

together with the tenements and appurtenances thereunto belonging.
       TO HAVE AND TO HOLD, the said real estate with the appurtenances, upon the trusts, and for the uses and
purposes  herein and in said Trust Agreement set forth.
       **THE TERMS AND CONDITIONS APPEARING ON PAGE 2 OF THIS INSTRUMENT ARE MADE A PART**
**HEREOF.**
       And the said grantor hereby expressly waives and releases any and all right or benefit under and by virtue of
any and all  statutes of the State of Illinois, providing for exemption or homesteads from sale on execution or
otherwise.
       IN WITNESS WHEREOF, the grantor aforesaid has hereunto set hand and seal this    26 th    day of
July                          2021

_Julia a Bowens_
Signature

Signature

Signature                                        Signature

STATE OF Illinois            ) I,   JEFFREY S. Blumenthal            , a Notary Public in and for
COUNTY OF Cook            ) said County, in the State aforesaid, do hereby certify Julia Bowens, a/k/a
Julia A. Bowens
personally known to me to be the same person(s) whose name(s)    is   subscribed to the foregoing instrument,
appeared before me this day in person and acknowledged that   she   signed, sealed and delivered said instrument
as a free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of
homestead.
GIVEN under my hand and seal this    26 th    day of                          ,  2021  .

_A Bhell_

NOTARY PUBLIC

OFFICIAL SEAL
JEFFREY BLUMENTHAL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/9/2025

Prepared By: Jeffrey S. Blumenthal, Slutzky & Blumenthal, 35 N. Dearborn, Suite 800,
            Chicago, IL 60602

**MAIL TO:** CHICAGO TITLE LAND TRUST COMPANY            **SEND TAX BILLS TO:** Occupant
            10 S. LASALLE STREET, SUITE 2750                                     5845 W. Midway Park
            CHICAGO, IL 60603                                                     Chicago, IL 60644



**EXHIBIT**

A

Legal Description

THE WEST 40 FEET OF THE NORTH 144 FEET OF LOT 385 IN AUSTIN'S SUBDIVISION OF BLOCK 14 IN AUSTIN'S SECOND ADDITION TO AUSTINVILLE, A SUBDIVISION OF PART OF THE WEST 1/2 OF THE SOUTHEAST 1/4 AND THE WEST 1/2 OF THE NORTHEAST 1/4, EXCEPT THE EAST 15 ACRES IN THE NORTH 1/2 OF THE WEST 1/4 OF THE NORTHEAST 1/4 AND RAILROAD RIGHT OF WAY OF ALL IN SECTION 8, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

5845 W Midway Park, Chicago, IL 60644

Permanent Index Number: 16-08-225-002-0000

FILED DATE: 9/10/2021 6:45 PM  2019CH09108
FILED DATE: 8/19/2021 3:00 PM  2019CH09108

# SLUTZKY & BLUMENTHAL

### ATTORNEYS AT LAW

33 North Dearborn St., Suite 800
Chicago, Illinois 60602-3194

Rodney C. Slutzky - taxdeed@aol.com
Jeffrey S. Blumenthal - jsb@slutzkyblumenthal.com

Telephone: (312) 372-1104
FAX: (312) 739-0399

## RECEIPT and ACKNOWLEDGMENT

Chicago Title and Land Trust Company, as trustee under Trust Agreement dated July 26, 2021, known as Trust No. 8002386677 acknowledges receipt and accepts delivery of the "Deed in Trust - Warranty" dated July 26, 2021, executed by Julia A. Bowens, for the property having the Permanent Index No. 16-08-225-002-0000, commonly known as 5843-45 W. Midway Park, Chicago, IL.

Dated: July 26, 2021.

Chicago Title and Land Trust Company,
t/u/t Agreement dated July 26, 2021, k/a
Trust Number 8002386677

By: _____

W:\JEFF\Letters\bowens ctltc receipt.wpd

FILED DATE: 9/10/2021 6:45 PM 2019CH09108
FILED DATE: 8/19/2021 3:00 PM 2019CH09108

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT - CHANCERY DIVIVISION

| | | |
|---|---|---|
| SEMPER FIDELIS, LLC , | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:  2019 CH 09108 |
| vs. | ) | |
| | ) | |
| JAMES HOLLIDAY, ET AL., | ) | |
| Defendants and | ) | |
| CHICAGO TITLE LAND TRUST COMPANY, | ) | |
| t/u/t  No. 8002386677, | ) | |
| Intervening Defendant. | | |

### INTERVENING DEFENDANT'S MOTION TO VACATE JUDGMENT OF FORECLOSURE ENTERED APRIL 19, 2021, AND COMBINED SECTION 2-619.1 MOTION TO DISMISS COMPLAINT

Chicago Title Land Trust Company, t/u/t  No. 8002386677 ("Trustee"), by one of its

attorneys, Jeffrey S. Blumenthal of the Law Offices of Slutzky & Blumenthal, respectfully moves

the court to vacate the Judgment of Foreclosure entered April 19, 2021, and to dismiss the

complaint, with prejudice.

### MOTION TO VACATE

1.     Plaintiff filed its complaint to foreclose a  judicial lien on the property identified

by PIN 16-08-225-002-0000, commonly known as 5843-45 W. Midway Park, Chicago, IL. (The

"Property.)

2.     On April 19, 2021, the court entered its judgment of foreclosure.

3.     Plaintiff attaches to its complaint the memorandum of judgment forming the basis

of its alleged lien, and files the complaint as the "holder of the judgment lien." (Complaint,

¶¶2,Exhibit A; 3(C).) As indicated in that memorandum of judgment, on July 23, 2014, Fifth

Third Bank obtained a judgment against Julia Bowens.

4.     As provided in §5/12-101 of the Code of Civil Procedure, 735 ILCS 5/12-101, a

recorded memorandum of judgment only creates a lien against property owned by the judgment

**EXHIBIT**

tabbies

B

FILED DATE: 9/10/2021 6:45 PM   2019CH09108
FILED DATE: 8/19/2021 3:00 PM   2019CH09108

debtor. One does not create a lien against property by including a legal description in a

memorandum of judgment. Thus, a recorded memorandum of judgment reflecting a judgment

against "A" that contains a legal description of property owned by "B," does not create a lien on

B's property.

5.    In order to foreclose its judicial lien, Julia Bowens, the named debtor in the

memorandum of judgment, is a necessary party to the foreclosure complaint. Yet, Plaintiff

neither identified her as a defendant, nor did it serve her with summons.

6.    As a result, the court had no jurisdiction to enter a judgment of foreclosure

relating to property owned by her without her bing a party to the action. The judgment is void,

and for this reason must be vacated.

### SECTION 2-615 MOTION TO DISMISS

7-12.    Trustee incorporates its paragraphs 1-6 as its paragraphs 7-12 of its §2-615

Motion to Dismiss.

13.    On its face, Plaintiff's complaint is defective. Plaintiff claims it has a lien by

virtue of a memorandum of judgment identifying Julia Bowens as the judgment debtor. Yet,

Plaintiff does not name her as a defendant. And even though its claim to a lien on the Property is

dependent on Julia Bowens being the Property owner, Plaintiff does not allege she is the owner.

Instead, Plaintiff identifies the owner as James Holliday. (¶3(L).)

14.    Having alleged James Holliday is the Property owner, Plaintiff has failed to state a

cause of action to foreclose a judgment lien that exists only if Julia Bowens is the property

owner. Yet, nowhere does Semper identify her as having any interest in the Property. And if she

has no interest in the Property, Semper can state no cause of action.

15.    For these reasons, the Complaint should be stricken and dismissed.

FILED DATE: 9/10/2021 6:45 PM   2019CH09108
FILED DATE: 8/19/2021 3:00 PM   2019CH09108

SECTION 2-619 MOTION TO DISMISS

16-21.   For its paragraphs 16-21, Trustee incorporates paragraphs 1-6.

22.   Attached as Exhibit A is the Certificate of Julia Bowens.

23.   As certified by Ms. Bowens, on July 26, 2021, she executed her Warranty Deed in Trust, granting to the Trustee her interest in the Property and on that day, the Trustee accepted the Deed.

24.   As set forth above, Plaintiff could have only had a lien on the Property if the Property was owned by Julia Bowens, the judgment debtor as reflected in the memorandum of judgment on which Plaintiff's complaint is based. Having failed to name Ms. Bowens, the complaint must be dismissed.

25.   As provided by §5/12-101 of the Code of Civil Procedure, 735 ILCS 5/12-101, a judgment expires seven years after its entry, unless revived. After seven years, even if revived, the judgment is only a lien on "the real estate of the person against whom it was entered . . . from the time a transcript, certified copy or memorandum of the order of revival is filed in the office of the recorder in the county in which the real estate is located."

26.   The judgment on which Plaintiff bases its claim for lien was entered July 23, 2014. Therefore, it expired on July 23, 2021.

27.   The judgment has not been revived, nor has any memorandum of the order of revival been recorded in the office of the recorder of deeds of Cook County.

28.   Because the judgment was entered against Julia Bowens, Plaintiff only has a lien on property owned by her. As Ms. Bowens no longer owns the Property, Plaintiff has no lien on the Property. Thus, Plaintiff cannot state a cause of action to foreclose any lien on the Property.

WHEREFORE, Chicago Title Land Trust Company, t/u/t No. 8002386677 respectfully

3

prays: (1) the court vacate the judgment of foreclosure entered April 19, 2021; (2) the court strike

and dismiss the complaint, with prejudice, in accordance with §§2-615 and 2-619 of the Code of

Civil Procedure; and (3) for such further relief as the court deems appropriate and just.

Respectfully submitted,
Chicago Title Land Trust Company,
t/u/t No. 8002386677

By: _____ /s/ Jeffrey S. Blumenthal _____

Jeffrey S. Blumenthal
ARDC 3124050, Atty Code 50074
Slutzky & Blumenthal
Attorneys for CTLTC t/u/t No. 8002386677
33 N. Dearborn, Suite 800
Chicago, IL 60602
312-372-1104
jsb@slutzkyblumenthal.com
W:\JEFF\Pleadings\motions\bowens motion to vacate foreclosure.wpd

4

FILED DATE: 9/10/2021 6:45 PM 2019CH09108
FILED DATE: 8/19/2021 3:00 PM 2019CH09108

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT - CHANCERY DIVIVISION

SEMPER FIDELIS, LLC ,  )
    Plaintiff,  )
  )
  )    Case No.:  2019 CH 09108
    vs.  )
  )
JAMES HOLLIDAY, ET AL.,  )
    Defendants and  )
CHICAGO TITLE LAND TRUST  )
COMPANY, t/u/t  No. 8002386677,  )
    Intervening Defendant.

## CERTIFICATE

     Under penalties of perjury as provided by Section 1-109 of the Illinois Code of Civil Procedure, 735 ILCS 2/1-109, I, Julia A. Bowens, certify if called as a witness, based on my personal knowledge, I could competently testify as follows:

     1.    I have resided at the property commonly known as 5843-45 W. Midway Park, Chicago, IL, (the "Property") since 2013. My mother lived there before me.

     2.    On July 26, 2021, I executed and delivered to Chicago Title Land Trust Company, t/u/t No. 8002386677 the Warranty Deed in Trust, a copy of which is attached as Exhibit JB1.

     3.    The Trustee accepted delivery of the Warranty Deed as reflected by Exhibit JB2

               /s/ Julia A. Bowens



**EXHIBIT**

tabbies®    A

FILED DATE: 9/10/2021 6:45 PM   2019CH09108
FILED DATE: 8/19/2021 3:00 PM   2019CH09108

## DEED IN TRUST - WARRANTY

THIS INDENTURE, WITNESSETH, THAT
THE GRANTOR, JULIA BOWENS, A/K/A
JULIA A. BOWENS

of the County of         COOK         and
State of         ILLINOIS         for and
in consideration of the sum of six the Dollars
($ 6750. C ) in hand paid, and of other good
and valuable considerations, receipt of which
is hereby duly acknowledged, convey and
**WARRANT** unto **CHICAGO TITLE LAND
TRUST COMPANY** a Corporation of Illinois
whose address is 10 S. LaSalle St., Suite 2750, Chicago, IL 60603, as Trustee under the provisions of a certain Trust
Agreement dated July 26, 2021         and known as Trust Number  8002386677    , the following
described real estate situated in  Cook                                    County, Illinois to wit:

(Reserved for Recorders Use Only)

*SEE ATTACHED LEGAL DESCRIPTION*

Commonly Known As  5843-45 W. Midway Park, Chicago, IL 60644

Property Index Numbers  16-08-225-002-0000

together with the tenements and appurtenances thereunto belonging.
    TO HAVE AND TO HOLD, the said real estate with the appurtenances, upon the trusts, and for the uses and
purposes herein and in said Trust Agreement set forth
    **THE TERMS AND CONDITIONS APPEARING ON PAGE 2 OF THIS INSTRUMENT ARE MADE A PART
HEREOF.**
    And the said grantor hereby expressly waives and releases any and all right or benefit under and by virtue of
any and all  statutes of the State of Illinois, providing for exemption or homesteads from sale on execution or
otherwise.
    IN WITNESS WHEREOF, the grantor aforesaid has hereunto set hand and seal this  26th     day of
July _____  2021

Signature _____                    Signature _____

Signature _____                    Signature _____

STATE OF Illinois         ) I,  JEFFREY S. Blumenthal             , a Notary Public in and for
COUNTY OF Cook         ) said County, in the State aforesaid, do hereby certify Julia Bowens, a/k/a
Julia A. Bowens
personally known to me to be the same person(s) whose name(s)   is   subscribed to the foregoing instrument,
appeared before me this day in person and acknowledged that   she   signed, sealed and delivered said instrument
as a free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of
homestead.
GIVEN under my hand and seal this  26th    day of _____ ,    2021   .

NOTARY PUBLIC

OFFICIAL SEAL
JEFFREY BLUMENTHAL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 6/28/2025

Prepared By: Jeffrey S. Blumenthal, Slutzky & Blumenthal, 35 E. Dearborn, Suite 800,
              Chicago, IL 60602

MAIL TO: CHICAGO TITLE LAND TRUST COMPANY          SEND TAX BILLS TO: Occupant
          10 S. LASALLE STREET, SUITE 2750                              5845 W. Midway Park
          CHICAGO, IL 60603                                             Chicago, IL 60644

**EXHIBIT**

JB1

## Legal Description

THE WEST 40 FEET OF THE NORTH 144 FEET OF LOT 385 IN AUSTIN'S SUBDIVISION OF BLOCK 14 IN AUSTIN'S SECOND ADDITION TO AUSTINVILLE, A SUBDIVISION OF PART OF THE WEST 1/2 OF THE SOUTHEAST 1/4 AND THE WEST 1/2 OF THE NORTHEAST 1/4, EXCEPT THE EAST 15 ACRES IN THE NORTH 1/2 OF THE WEST 1/4 OF THE NORTHEAST 1/4 AND RAILROAD RIGHT OF WAY OF ALL IN SECTION 8, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

5845 W Midway Park, Chicago, IL 60644

Permanent Index Number: 16-08-225-002-0000

FILED DATE: 9/10/2021 6:45 PM  2019CH09108
FILED DATE: 8/19/2021 3:00 PM  2019CH09108

FILED DATE: 9/10/2021 6:45 PM    2019CH09108
FILED DATE: 8/19/2021 3:00 PM    2019CH09108

# SLUTZKY & BLUMENTHAL
## ATTORNEYS AT LAW
### 33 North Dearborn St., Suite 800
### Chicago, Illinois 60602-3194

Rodney C. Slutzky - taxdeed@aol.com
Jeffrey S. Blumenthal - jsb@slutzkyblumenthal.com

Telephone: (312) 372-1104
FAX: (312) 739-0399

## RECEIPT and ACKNOWLEDGMENT

Chicago Title and Land Trust Company, as trustee under Trust Agreement dated July 26, 2021, known as Trust No. 8002386677 acknowledges receipt and accepts delivery of the "Deed in Trust - Warranty" dated July 26, 2021, executed by Julia A. Bowens, for the property having the Permanent Index No. 16-08-225-002-0000, commonly known as 5843-45 W. Midway Park, Chicago, IL.

Dated: July 26, 2021.

Chicago Title and Land Trust Company,
t/u/t Agreement dated July 26, 2021, k/a
Trust Number 8002386677

By: _Rachel Woo_

W:\JEFF\Letters\bowens ctltc receipt.wpd

EXHIBIT

JB2