UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:    21-13626
                                          )
JULIA BOWENS                              )          Chapter:  7
                                          )
                                          )          Honorable David D. Cleary
                                          )
                                          )
              Debtor(s)                   )

**ORDER ON DEBTOR'S MOTION TO AVOID FIXING OF LIEN AS AN IMPAIRMENT OF THE DEBTOR'S HOMESTEAD EXEMPTION PURSUANT TO 11 U.S.C. SECTION 522(f)**

        This matter coming on to be heard on Debtor's Motion to Avoid Fixing of Lien as an Impairment of the Debtor's Homestead Exemption Pursuant to 11 U.S.C. Section 522(f) ("Motion to Avoid Fixing of Lien"); due and proper notice having been given; Semper Fidelis LLC and the Debtor having agreed that the Order of the Circuit Court of Cook County that was recorded on December 27, 2021 and December 30, 2021 with the Cook County Recorder of Deeds as Document No.'s 2136115015 and 2136404045 are void and removed from the public record as if they had never been filed pursuant to the Notice of Rescission of Recording of Notices of Court Order that was recorded with the Cook County Recorder of Deeds on June 14, 2022 as Document No. 2216519000 ("Notice of Rescission"); and the Court being otherwise duly advised in the premises;

        IT IS HEREBY ORDERED as follows:

        1.   In light of the release of the recordings  of December 27, 2021 and December 30, 2021 pursuant to the Notice of Rescission, the Motion to Avoid Fixing of Lien is moot and hereby withdrawn.

                                        Enter:

                                                 Honorable David D. Cleary
                                                 United States Bankruptcy Judge

Dated:  July 12, 2022

**Prepared by:**

Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
564 W. Randolph Street, 2nd Floor, Chicago, Illinois 60661
T. 312-663-0004 //  F. 312-663-1514
Email: ariel@weissberglaw.com